UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNMASK KNOX COUNTY KIDS, A TENNESSEE UNINCORPORATED NONPROFIT ASSOCIATION et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:22-CV-00074-JRG-DCP |
| KNOX COUNTY BOARD OF EDUCATION et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief [Doc. 10], in which Plaintiffs seek "[a]n order temporarily, preliminarily, and permanently enjoining and prohibiting Defendant from enforcing a mandatory mask mandate[.]" [*Id.* at 35]. A court may issue a temporary restraining order if the moving party presents "specific facts in an affidavit or a verified complaint" in which the movant "clearly show[s] that immediate an irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A). Plaintiffs, however, have neither filed a verified complaint nor an affidavit alongside their amended complaint.[1] To the extent that Plaintiffs seek a temporary restraining order, their request is therefore **DENIED with leave to renew**.

So ordered.

---

[1] Plaintiffs have filed affidavits in support of their Motion for Relief from an Order [Doc. 11], but in this motion they seek relief under Federal Rule of Civil Procedure 60(b), not injunctive relief.

ENTER:

                                        s/J. RONNIE GREER
                             UNITED STATES DISTRICT JUDGE